JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESA BROOKE, | ) | Case No. CV 22-4566 FMO (MAAx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| TPG LA COMMERCE LLC, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 22nd day of August, 2022.

/s/
Fernando M. Olguin
United States District Judge