Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:22-cv-4566 |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| TPG LA COMMERCE LLC, | |
| Defendants. | |

Please take notice that the case has settled.

DATED this 22d day of August, 2022.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff